# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1890
_____

Jerry J. Duwenhoegger, Sr.

*Plaintiff - Appellant*

v.

John R. King; Steven Hammer; Mary McComb; Greg Lindell; Richard D. Wilson; David Reishus; Sheryl Vezner; Jonathon Weiss; Deborah Schadegg; Jeff L. Amberg; Deborah A. Garbison; Scott A. Behrends; Lana K. Jensen; David S. Loetscher; Christopher Chute; Paul D. Hoflund; Joseph Hobson; Michael S. Green; June E. Lind; Shannon Reimann; Christopher Seidler; John Sofie; Nicholas Duffy; Susan M. Armstrong; Courtney Felda; Jenny M. Carufel; Leigh C. McCoy; Andrew Leiffort; David Crist; Joan M. Fabian; Michael F. Rogosheske; Daniel Kelley; John C. Hillyard; Richard S. Pung; Roger J. Baburam; Natalie Leseman; Lisa Rudeen; Sean E. Kelly

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: November 29, 2013
Filed: April 10, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Jerry J. Duwenhoegger, Sr., appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, see Green v. Dormire, 691 F.3d 917, 921 (8th Cir. 2012), we affirm. We find no merit to the assertions of error that Duwenhoegger identifies on appeal; and we decline to address the new arguments, claims, and allegations that he raises, see Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004), or to consider the documents he has offered on appeal for the first time, see McCleary v. ReliaStar Life Ins. Co., 682 F.3d 1116, 1120 (8th Cir. 2012), cert. denied, 133 S. Ct. 879 (2013).[2] The judgment of the district court is affirmed. See 8th Cir. R. 47B.

————————————————————

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.

[2]We also do not consider the numerous claims Duwenhoegger has waived on appeal. See Freitas v. Wells Fargo Home Mortg., Inc., 703 F.3d 436, 438 n.3 (8th Cir. 2013).